USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                    Case No.: 21 MC 102(AKH)
-------------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL LOWER       Docket No.:
MANHATTAN DISASTER SITE LITIGATION

| | |
|---|---|
| ADRIANO, LUIS | 07-CV-4445 |
| AGUILAR, LUIS (and wife, MARIA AGUILAR) | 06-CV-12701 |
| ALI, ENRIQUE | 07-CV-01554 |
| BACKZKOWSKI, ANDRZEJ (wife, ZOFIA BACZKOWSKI) | 07-CV-01565 |
| BAJGUZ, ALEKANDER (and wife, MARIA BAJGUZ) | 06-CV-2528 |
| BORKOWSKI, JOSEF AS ADMINISTRATOR OF JAN PIETRASZKIEWICZ | 06-CV-2527 |
| BOROWIECKI, WIKTOR | 07-CV-4455 |
| CAIVINAGUA, BOLIVAR | 07-CV-01573 |
| CHAUCA, MARIA (and wife, JOSE CHAUCA) | 07-CV-1482 |
| CIARMELLA, VINCENT | 07-CV-5343 |
| CRIOLLO, NANCY (and wife, LAWRENCE ZENTEINO) | 07-CV-4462 |
| GARCIA, SIXTA T. | 07-CV-05292 |
| GARCIA, SONIA (and husband, CHRISTIAN CHAVEZ) | 07-CV-05358 |
| GRABOWSKA, MALGORZATA | 06-CV-4885 |
| REYNOLDS, DAVID (and wife, KATHERINE REYNOLDS) | 07-CV-3446 |
| SPARANO, ROBERT (and wife, THERESA SPARANPO) | 07-CV-05388 |
| ABATL, JOHN | 07-CV-5333 |
| ALLIVAR, RAUL | 05-CV-9821 |
| ARBELAEZ, FABIO | 05-CV-10747 |
| ARIAS, ARTURO (and wife, MARILYN QUINTANA) | 07-CV-5274 |
| ARIAS, JULIO (and wife, JANE ARIAS) | 06-CV-1340 |
| ASMAL, ANGEL (and wife, GLORIA ASMAL) | 07-CV-1461 |
| AVILA, LUIS G. | 07-CV-4450 |
| AYALA, IVAN | 07-CV-1446 |
| BAQUERO, SANDRA J. | 06-CV-14486 |
| BARROSO, HECTOR | 07-CV-4452 |
| BETANCOURT, HECTOR | 07-CV-4453 |
| CAIVINAGUA, JUAN | 07-CV-01574 |
| CANTOS, ANA PATRICIA | 05-CV-1272 |
| CRUZ, ZUNILDA | 07-CV-01598 |
| DAVILA, FLORA B. | 07-CV-4463 |
| DEL PILAR CIFUENTES, MARIA | 07-CV-01590 |
| DIEZ, PANCRI (and wife, ROSA DIEZ) | 07-CV-5351 |
| DIEZ, ROSA (and husband, PANCRI DIEZ) | 07-CV-5352 |
| FLORES, TALIA | 07-CV-1609 |
| FRANGU, DZILE (and husband, NAZMI FRANGU) | 06-CV-14660 |
| GALVIS, EDGAR O. | 06-CV-3422 |
| GARCES, JESUS (and wife, ELVIRA GARCES | 07-CV-01615 |
| GARCIA, JOSEPH (and wife, CAROL GARCIA) | 07-CV-1500 |

| | |
|---|---|
| GIL, MARGARITA | 07-CV-4470 |
| GUERRERO, ANTONIO | 07-CV-5294 |
| GUEVARA, RODOLFO | 06-CV-3301 |
| GUZMAN, CARLOS | 06-CV-2884 |
| HURTADO, WILLIAM | 06-CV-10781 |
| INTRIAGO, ECUADOR | 07-CV-4475 |
| JAKUBOWSKI, JANUSZ (wife, KRYSTYNA KARPINSKA) | 06-CV-14741 |
| KOLODZIEJCZYK, WIESLAW (and wife, JANINA KOLODZIEJCZYK) | 07-CV-4479 |
| KOSOWSKI, EDWARD (wife, ELZBIETA STEFANSKA) | 07-CV-05299 |
| KUKACKI, KAZIMIERZ (and wife, KUKACKA KUKACKI) | 06-CV-14781 |
| KURAK, ANTONI | 06-CV-4376 |
| LASCANO, ANA | 05-CV-9333 |
| LOPEZ, OSWALDO (and wife, ELVIA V. LOPEZ) | 06-CV-14807 |
| MALDONADO, MARIANA | 06-CV-1786 |
| MENDEZ, JUAN (and wife, KAREEN MENDEZ) | 07-CV-01664 |
| MORAN, WILSON (and wife, GLORIA MORAN) | 06-CV-12341 |
| NARANJO, LUIS (and wife, ROSA NARANJO) | 05-CV-10738 |
| OLIVO, PILAR | 07-CV-0061 |
| PADILLA, CARMEN | 05-CV-9822 |
| PAJAK, KRZYSZTOF (and wife, EWA PAJAK) | 07-CV-4502 |
| PELAEZ, ROLANDO (and wife, MONICA VILLAMARIN) | 07-CV-4507 |
| PERALTA, JOSE | 07-CV-01683 |
| POROWSKI, PIOTR (wife, MALGORZATA POROWSKI) | 06-CV-3850 |
| PUMA, MARIA | 07-CV-01688 |
| QUINTANILLA, NATALIA (and husband, GERARDO QUINTANILLA) | 06-CV-1341 |
| QUIZHPI, JESUS | 07-CV-4509 |
| RUGOVAC, IGBALIJA (and wife, RUGOVAC SADIK) | 07-CV-1524 |
| SARMIENTO, EDWIN (and wife, NORA SARMIENTO) | 07-CV-4515 |
| SARMIENTO, MAYDI | 06-CV-6521 |
| SAVAGE, GERTRUDIS (and husband, EDWARD SAVAGE) | 05-CV-9951 |
| SERRANO, ALFONSO | 07-CV-1703 |
| SLESICKI, JERZY | 06-CV-6814 |
| SZPANELEWSKI, MIROSLAW (and wife, ALEKSANDRA SZPANELEWSKA) | 06-CV-11532 |
| VASQUEZ, JOSE (and wife, LILIANA G. VASQUEZ) | 07-CV-2708 |
| VEGA, SEVERO (and wife, LILA GONZALEZ) | 07-CV-4521 |
| VERA, ALEJANDRO | 07-CV-4522 |
| VILLARRUEL, KLEBER (PAREDES) | 06-CV-13703 |

**STIPULATION OF DISCONTINUANCE AS TO DEFENDANT, NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION ONLY**

-----------------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties

herein, that whereas no party herein is an infant, incompetent person for whom a committee has been

appointed or conservatee and no person not a party has an interest in the subject matter of this action. and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant *NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, only* as to the claims being made as to the premises located at One Liberty Plaza, New York, New York and 78-86 Trinity Place, New York, New York shall be and the same hereby are discontinued without prejudice without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the court of the litigation which determines that the *NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION* is proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, New York
        October 17, 2007

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION

By:
    Richard E. Leff (REL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456

So Ordered:  10-23-07

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff(s)

By
    Christopher R. LoPalo (CL-6966
    115 Broadway 12th Floor
    New York, NY 10006
    (212) 267-3700